CHARLES A. CAIN *vs.* JOHN BRACKEN.

*Third Judicial District.*

[Argued April 17th—decided May 18th, 1894.]

ACTION to recover damages for assault and battery; brought to the Superior Court in New Haven County and tried to the jury before *George W. Wheeler, J.;* verdict and judgment for the plaintiff for $200 damages, and appeal by the defendant upon the ground that the verdict was against the evidence and that the damages awarded were excessive.

Ball v. The American Oyster Company.

*William C. Case* and *William H. Ely*, for the appellant (defendant).

*Charles S. Hamilton*, for the appellee (plaintiff), was stopped by the Court.

BY THE COURT: New trial denied.   All concur.   No opinion filed.